ERNEST L. CAFLISCH, Appellant, *v.* CURTIS AEROPLANE AND MOTOR CORPORATION, Respondent.

(Argued May 31, 1929; decided July 11, 1929.)

*William S. Stearns* for appellant.
*Selby G. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.